**Claude HOLLAND; Lori Holland,**
**Plaintiffs–Appellants,**

v.

**State of MARYLAND; R. Hunter**
**Nelms, Jr.; Robert Van Meter,**
**Major, Defendants–Appellees,**

**and**

**Wicomico County Sheriff's Department,**
**Defendant.**

No. 08–2377.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 23, 2010.

Decided: April 6, 2010.

Robin R. Cockey, Cockey, Brennan & Maloney, P.C., Salisbury, Maryland, for Appellants. Douglas F. Gansler, Attorney General of Maryland, H. Scott Curtis, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before TRAXLER, Chief Judge, and MOTZ and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude and Lori Holland, husband and wife, filed suit against Defendants alleging state and federal law causes of action relating to Claude's suspension and termination from his position with the Wicomico County Sheriff's Office. The district court granted summary judgment for Defendants finding the Hollands' claims were barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holland v. Maryland,* No. 1:07–cv–03040–AMD (D.Md. Dec. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*